■ In the Matter of the Accounting of ELIZABETH A. SCHILLER, as Administratrix of the Estate of SARA C. STILLWELL, Deceased, Respondent. RICHARD S. STILLWELL, Individually and as Administrator D. B. N. of the Estate of SARA

C. STILLWELL, Deceased, Appellant; NATIONAL SURETY CORP., Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.